476 A.2d 93

Com. ex rel. Harvey v. Harvey, Appellant.

Argued March 6, 1984. Alan L. Levengood, for appellant; Jonathan L. Wesner, for appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

The order of support is vacated, and the case is remanded for reconsideration in accordance with the foregoing memorandum. Jurisdiction is relinquished.

476 A.2d 93

Fish v. Ball, Appellant.

Ball, Appellant, v. Ball.

Submitted February 29, 1984. Gerald J. Villella, for appellant; Evan E. Adair, for appellees.

Before BROSKY, DEL SOLE and MONTGOMERY, JJ.

Order affirmed.